JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| Betty Talbert, ) <br>       Plaintiff, ) <br> ) <br> v. ) <br> ) <br> MACY'S CORPORATE SERVICES, ) <br> INC.; and DOES 1 to 100 inclusive, ) <br> ) <br> Defendant. ) <br> ) <br> ) <br> _____ ) | Case   CV 14-8320-GW(AJWx) <br><br> **ORDER** <br><br> District Judge:   George H. Wu <br> Magistrate Judge:   Andrew J. Wistrich <br> Complaint Filed:   September 18, 2014 |

    It is hereby ordered that this case is remanded and that Plaintiff file their First Amended Complaint within 14 days in the Superior Court of Los Angeles. Defendant's stipulation shall not prevent the Defendant from seeking the dismissal of additional defendant John McGinns once the case is remanded to State court. It is also hereby ordered that the hearing scheduled for January 22, 2015 at 8:30 a.m. in this court is taken off calendar.

Date: January 22, 2015          _____
                                           GEORGE H. WU, United States District Judge